IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-00671-REB

SAMI AL KARIM,

    Plaintiff,

vs.

MICHAEL MUKASY, Attorney General of the United States,
MICHAEL CHERTOFF, Secretary for the Department of Homeland Security,
EMILIO T. GONZALEZ, Director for Citizenship and Immigration Services,
ROBERT M. COWAN, Director of the National Benefits Center of CIS,
ROBERT MATHER, District Director for the Denver CIS District, and
ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,

    Defendants.

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT

**Blackburn, J.**

The matter before me is **Defendants' Motion To Dismiss** [#9], filed June 13, 2008. After the motion and plaintiff's response were filed, plaintiff was granted leave to file an amended complaint. (***See* Amended Complaint for Writ of Mandamus and Declaratory and Injunctive Relief** [#11], filed July 10, 2008, **Plaintiff's Motion for Leave To File First Amended Complaint** [#12], filed July 11, 2008; **Minute Order** [#13], filed July 21, 2008.) As defendants acknowledge in their reply, the filing of the amended complaint moots the motion to dismiss directed to the original complaint. (**Defendants' Reply Regarding Their Motion To Dismiss the Complaint** ¶ 4 at 2-3 [#15], filed July 25, 2008.) Defendants have since filed a motion to dismiss the amended complaint, which remains pending for determination. (**Defendants' Motion**

**To Dismiss Amended Complaint** [#14], filed July 24, 2008.)

**THEREFORE, IT IS ORDERED** that **Defendants' Motion To Dismiss** [#9], filed June 13, 2008, is **DENIED AS MOOT**.

Dated November 18, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge