# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 08-cv-00671-REB

SAMI AL KARIM,

    Plaintiff,

v.

ERIC HOLDER, Attorney General of the United States,
JANET NAPOLITANO, Secretary for the Department of Homeland Security,
EMILIO T. GONZALEZ, Director for Citizenship and Immigration Services,
ROBERT M. COWAN, Director of the National Benefits Center of CIS,
ROBERT MATHER, District Director for the Denver CIS District, and
ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION
## BY DEFENDANTS TO MODIFY ORDER

**Blackburn, J.**

    The matter before me is the **Unopposed Motion by Defendants To Modify Order** [#32] filed April 12, 2010. Defendants seek to modify my **Order Re: Motions for Summary Judgment** [#30] entered March 29, 2010, to extend slightly the deadlines for adjudication of plaintiff's I-485 application. The extension still will permit defendants to timely adjudicate plaintiff's application, but also will allow adequate time for plaintiff to submit evidence in support of the application. Plaintiff does not oppose the relief sought. I find and conclude that defendants' proposal comports with the spirit of my prior order and presents a rational process for fairly, but expeditiously, adjudicating plaintiff's application within established agency procedures.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion by Defendants To Modify Order** [#32] filed April 12, 2010, is **GRANTED**; and

2. That paragraph 4 of my **Order Re: Motions for Summary Judgment** [#30] entered March 29, 2010, **IS STRICKEN** and that the following language **SHALL BE SUBSTITUTED** in its place:

"That the USCIS **SHALL ISSUE** plaintiff a Notice of Intent To Deny ("NOID") by **April 16, 2010**, and **SHALL ADJUDICATE** plaintiff's I-485 application by **June 15, 2010**."

Dated April 13, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge