# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No.  08-cv-00671-REB

SAMI AL KARIM,

      Plaintiff,

v.

ERIC HOLDER, Attorney General of the United States,
JANET NAPOLITANO, Secretary for the Department of Homeland Security,
EMILIO T. GONZALEZ, Director for Citizenship and Immigration Services,
ROBERT M. COWAN, Director of the National Benefits Center of CIS,
ROBERT MATHER, District Director for the Denver CIS District, and
ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,

      Defendants.

---

## MINUTE ORDER[1]

---

The matter comes before the court on plaintiff's **Motion To Withdraw Motion For Attorneys Fees** [#37] filed June 23, 2010.  The motion is **GRANTED**, and plaintiff's **Motion For Attorney's Cost and Fees (With Scanned PDF Attachments)** [#36] filed June 23, 2010, is **WITHDRAWN**.

Dated:  June 24, 2010

Dated:

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.