**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00671-REB

SAMI AL KARIM,

      Plaintiff,

v.

ERIC HOLDER, Attorney General of the United States,
JANET NAPOLITANO, Secretary for the Department of Homeland Security,
EMILIO T. GONZALEZ, Director for Citizenship and Immigration Services,
ROBERT W. COWAN, Director of the National Benefits Center of CIS, and
ROBERT MATHER, District Director for the Denver CIS District,

      Defendants.

**MINUTE ORDER**[1]

      The matter comes before the court on the **Joint Motion For Leave To Submit Corrected Briefs** [#48] filed August 30, 2010. The motion is **GRANTED**. **Defendants' Response To Plaintiff's Application For Attorney's Fees** [#45] filed August 6, 2010, is **TERMED**. The parties shall have leave to re-file corrected response and reply briefs that are compliant with this court's practice standard, and the concomitant exhibits to each brief, on or before **September 10, 2010.**

      Dated: August 30, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.