**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00671-REB

SAMI AL KARIM,

    Plaintiff,

v.

ERIC HOLDER, Attorney General of the United States,
JANET NAPOLITANO, Secretary for the Department of Homeland Security,
EMILIO T. GONZALEZ, Director for Citizenship and Immigration Services,
ROBERT W. COWAN, Director of the National Benefits Center of CIS, and
ROBERT MATHER, District Director for the Denver CIS District,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on the **Joint Stipulation Re: Abeyance of EAJA Fee Motion** [#52] filed September 21, 2010. The motion is **GRANTED**. The matter is held in abeyance until **November 1, 2010**. The parties shall file another report regarding the status of this matter by **November 8, 2010**.

    Dated: September 21, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.