**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  08-cv-00671-REB

SAMI AL-KARIM,

      Plaintiff,

v.

ERIC HOLDER, Attorney General of the United States,
JANET NAPOLITANO, Secretary for the Department of Homeland Security,
EMILIO T. GONZALEZ, Director for Citizenship and Immigration Services,
ROBERT M. COWAN, Director of the National Benefits Centert of CIS, and
ROBERT MATHER, District Director for the Denver CIS District,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Joint Stipulated Motion To Dismiss** [#60] filed December 22, 2010.  After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Stipulated Motion To Dismiss** [#60] filed December 22, 2010, is **GRANTED**;

2.  That any pending motion is **DENIED** as moot; and

3.  That this action is **DISMISSED**.

Dated December 23, 2010, at Denver, Colorado.

                **BY THE COURT:**

                */s/ Robert E. Blackburn*
                Robert E. Blackburn
                United States District Judge